UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DR. RICHARD CHENEY | CASE NO.: 3:18-cv-00448 |
| Plaintiff | JUDGE JEFFREY J. HELMICK |
| vs. | MAGISTRATE JUDGE JONATHAN GREENBERG |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), as successor in interest to John Hancock Life Insurance Company (f.k.a John Hancock Mutual Life Insurance Company) et al. | **AGREED DISMISSAL ENTRY** |
| Defendants | |

Pursuant to Federal Civil Rule 41(a)(1)(A)(ii), the parties agree that they have settled this matter to their mutual satisfaction and to dismiss this lawsuit with prejudice. Each party will pay its own costs, expenses, and attorney fees. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

/s/ Brett K. Bacon
BRETT K. BACON (002826)
Frantz Ward LLP
Attorney for Defendants
200 Public Square, Suite 3000
Cleveland, Ohio  44114
(216) 515-1660
bbacon@frantzward.com

/s/ Robert P. Rutter
ROBERT P. RUTTER (0021907)
Rutter & Russin, LLC
Attorney for Plaintiff Dr. Richard Cheney
4700 Rockside Road, Suite 650
Cleveland, Ohio 44131
(216) 642-1425
brutter@OhioInsuranceLawyer.com

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

01323225-1